Clerk,

10/28/15

83,930-01

I need to know when my mandate was issued. I'm assuming this date has not been yet issued but to make sure I'm inquiring. Thak You!

Appeallant,

Edrick Dunn

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk